CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2020 JUL -2 AM 10:20

DEPUTY CLERK ___

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

Paul Pogorzelski
Plaintiff

v. Dallas Police Department
City of Dallas
State of Texas
Defendant

Civil Action No. 3-20CV1760-X

## CERTIFICATE OF INTERESTED PERSONS
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

None

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

| | |
|---|---|
| Date: | 07/02/2020 |
| Signature: | *[signature]* |
| Print Name: | Paul Pogorzelski |
| Bar Number: | |
| Address: | 6049 75th Ave. |
| City, State, Zip: | Queens, NY, 11385 |
| Telephone: | (917) 861-2757 |
| Fax: | |
| E-Mail: | Paulprths@gmail.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil/Other Documents/Certificate of Interested Persons