IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PAUL POGORZELSKI, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:20-cv-1760-X-BN |
| | § | |
| DALLAS POLICE DEPARTMENT, | § | |
| CITY OF DALLAS, and STATE OF | § | |
| TEXAS, | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Plaintiff may therefore file an amended complaint within **14 days** of the date of this order. His failure to do so will result in the dismissal of this action with prejudice without further notice.

**SO ORDERED** this 26th day of August 2020.

_____
BRANTLEY STARR
UNITED STATES DISTRICT JUDGE